[Nos. 53246-4-I; 53248-1-I;   Division One.   April 20, 2009.]
53247-2-I.

THE STATE OF WASHINGTON, *Respondent*, v. DARNELL WEBSTER, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 03-1-00155-1, Richard McDermott, J., entered September 19, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ.

[No. 59997-6-I.   Division One.   April 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENTON SCOTT JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00745-2, Richard J. Thorpe, J., entered May 2, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 60618-2-I.   Division One.   April 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHERINE FRANKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-12332-4, Michael Heavey, J., entered September 17, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.

[No. 60904-1-I.   Division One.   April 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR LOUIE RESSY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-09335-2, Julie A. Spector, J., entered October 16, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Appelwick and Leach, JJ.